NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRODY McCELLAND CATT, a/k/a  )
BRODY M. CATT, DOC #C11999,  )
                             )
        Appellant,           )
                             )
v.                           )        Case No.  2D17-4629
                             )
STATE OF FLORIDA,            )
                             )
        Appellee.            )
_____)

Opinion filed October 11, 2019.

Appeal from the Circuit Court for Manatee
County; Hunter W. Carroll, Judge.

Jason T. Forman of Law Offices of Jason
T. Forman, Fort Lauderdale, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Linsey Sims-
Bohnenstiehl, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.

        Affirmed.


SILBERMAN, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.